## KNIGHT PUBLISHING CO. v. CHASE MANHATTAN BANK

No. 70P97

Case below: 346 N.C. 280
           125 N.C.App. 1

Motion by defendant to suspend the Rules of Appellate Procedure in order to reconsider petition for discretionary review dismissed 4 September 1997. Motion by plaintiff to suspend rules in order to reconsider petition for discretionary review dismissed 4 September 1997.

## LASSITER v. ENGLISH

No. 301P97

Case below: 126 N.C.App. 489

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997.

## McALLISTER v. HA

No. 298PA97

Case below: 126 N.C.App. 326

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 September 1997.

## MORETZ v. MILLER

No. 335P97

Case below: 126 N.C.App. 514

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1997. Justice Webb recused.

## N.C. DEPT. OF ADMINISTRATION v. SHAW FOOD SERVICES

No. 411PA97

Case below: Court of Appeals, P97-421

Petition by Attorney General for writ of certiorari to review the order of the North Carolina Court of Appeals allowed 4 September 1997. Petition by Attorney General for writ of supersedeas allowed 4 September 1997.